IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| JOHN TOM McCOLLOUGH, JR., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:17-CV-411-WKW |
| | ) | [WO] |
| KYLE McCOY, *et al.*, | ) | |
| Defendants. | ) | |

## **ORDER**

On August 10, 2017, the Magistrate Judge filed a Recommendation (Doc. # 6) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 6) is ADOPTED;

2. Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. # 2) is GRANTED;

3. This case is DISMISSED without prejudice prior to service of process pursuant to 28 U.S.C. 1915(e)(2)(B)(ii) for Plaintiff's failure to state a claim upon which relief can be granted.

A final judgment will be entered separately.

DONE this 19th day of October, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE